| | | | |
|---|---|---|---|
| Com. v. McKinley .. | 12/01/2015386 WAL (2015) | Denied | Pa.Super., 131 A.3d 102 |
| Com. v. Middleton.. | 12/01/2015621 MAL (2015) | Denied | Pa.Super., 125 A.3d 451 |
| Com. v. Miller...... | 12/16/2015308 WAL (2015) | Denied | Pa.Super., 125 A.3d 465 |
| Com. v. Moore ..... | 12/02/2015401 EAL (2015) | Denied | Pa.Super., 122 A.3d 1123 |
| Com. v. Neppach ... | 12/02/2015256 WAL (2015) | Denied | Pa.Super., 122 A.3d 1123 |
| Com. v. Noll ....... | 12/07/2015604 MAL (2015) | Denied | Pa.Super., 125 A.3d 446 |
| Com. v. Parks ...... | 12/07/2015485 EAL (2015) | Denied | Pa.Super., 125 A.3d 450 |
| Com. v. Quiles ..... | 12/16/2015415 MAL (2015) | Denied | Pa.Super., 87 A.3d 884 |
| Com. v. Robinson .. | 12/16/2015461 EAL (2015) | Denied | Pa.Super., 125 A.3d 438 |
| Com. v. Rodriguez.. | 12/07/2015486 EAL (2015) | Denied | Pa.Super., 125 A.3d 458 |
| Com. v. Rogal ...... | 12/16/2015444 EAL (2015) | Denied | Pa.Super., 120 A.3d 994 |
| Com. v. Rogers..... | 12/02/2015435 EAL (2015) | Denied | Pa.Super., 122 A.3d 1140 |
| Com. v. Roles ...... | 12/01/2015334 WAL (2015) | Denied | Pa.Super., 116 A.3d 122 |
| Com. v. Sanchez ... | 10/27/2015286 MAL (2015) | Denied | Pa.Super., 120 A.3d 1058 |
| Com. v. Schneider .. | 12/01/2015341 MAL (2015) | Denied | Pa.Super., 121 A.3d 1134 |